UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT W. JOHNSON,

                Plaintiff,

v.

WESTERN UNION CORP., et al.,

                Defendants.

CASE NO. C19-1991-RSL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 1) is deficient. He indicates no income, sources of money, or other resources, and no expenses. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. The revised application must explain how plaintiff meets all basic monthly needs and expenses, including food, shelter, transportation, and utilities. Failure to comply may result in denial of IFP and/or dismissal.

DATED this 9th day of December, 2019.

WILLIAM M. MCCOOL, Clerk

By: s/ Michael Williams
     Deputy Clerk

MINUTE ORDER
PAGE - 1