UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT W. JOHNSON,

              Plaintiff,

     v.

WESTERN UNION
CORPORATION, LARBO I.D.
# 373, *et al.*,

              Defendants.

CASE NO.  C19-1991RSL

ORDER OF DISMISSAL

On January 13, 2020, the Court directed plaintiff to file an amended complaint which clearly and concisely identifies the acts of which each named defendant is accused and how those acts violated plaintiff's legal rights. Dkt. # 7. In response, plaintiff filed a Notice of Appeal asserting that his initial filing was clear and concise and that he has been deprived of a fair trial, discovery, and arbitration. Plaintiff's submission has been forwarded to the Ninth Circuit, but it does not raise a plausible inference that he is entitled to relief from any of the named defendants. Plaintiff's complaint is therefore DISMISSED.

Dated this 25th day of February, 2020.

*MRS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1